*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email:  aem@matthewsfirm.net
Attorney for Plaintiff
180 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Michele Martinez,<br><br>    Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>    Defendant. | Case No. 2:14-cv-5711<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

**JURISDICTION AND VENUE**

1. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. The Court has supplemental jurisdiction over the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") state law claims.

Complaint - 1

2. Pursuant to 28 U.S.C. §1391(b), venue is proper because Plaintiff resides in this judicial district in Victorville, CA and the events giving rise to this action occurred in this District.

## STATEMENT OF FACTS

3. At all times relevant to this action, Defendant, Portfolio Recovery Associates, LLC, ("PRA"), collected consumer debts.

4. PRA regularly uses instrumentalities of interstate commerce and the mails to collect consumer debts owed or due or asserted to be owed or due another.

5. The principal source of PRA's revenue is debt collection.

6. PRA is a "debt collector" as defined by 15 U.S.C. §1692a(6).

7. As described, *infra*, PRA contacted Plaintiff, Michele Martinez, ("Michele"), to collect a debt that was incurred primarily for personal, family, or household purposes.

8. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

9. Michele is a "consumer" as defined by 15 U.S.C. §1692a(3).

10. Over a year ago, PRA began contacting Michele on Michele's cellular phone and home telephone in connection with the collection of the debt.

11. Over a year ago, Michele requested PRA cease further calls to Michele.

12. Despite this request, PRA contacted Michele, on more than one occasion, on Michele's cellular phone and home telephone in connection with the collection of the debt.

13. On at least one occasion, PRA would not let Michele end the communication.

14. PRA called her cell phone as recently as 3/19/14 after being told to stop calling.

15. PRA caused Michele severe emotional distress.

16. PRA attempted to collect a debt from Michele.

17. PRA violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at an unusual place -- her personal cellular phone -- known to be inconvenient.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt by calling after being told to stop.

## COUNT THREE

**Violation of the Rosenthal Fair Debt Collection Practices Act**

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. Defendant violated California Civil Code §§ 1788.17 by violating 15 U.S.C. 1692c(a)(1).

## COUNT FOUR

**Violation of the Rosenthal Fair Debt Collection Practices Act**

24. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

25. Defendant violated California Civil Code §§ 1788.17 by violating 15 U.S.C. 1692d.

## JURY DEMAND

26. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27. Plaintiff prays for the following relief:

a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b. Judgment against Defendant for actual damages, statutory damages, and reasonable attorneys' fees and costs pursuant to California Civil Code § 1788.30(c).

c. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:     /s/ Art Matthews

*Of Counsel*
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone:  310-556-9620
Cal. Bar. No. 145232

Complaint - 5