Arturo Matthews, Esq.
Of Counsel, Hyslip & Taylor LLC LPA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Phone: (310) 556-9620
Fax: (310) 388-0270
Bar No. 145232

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michele Martinez<br><br>  Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>  Defendant. | Case No. 5:14-cv-01505-CBM-CW<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA

By:     /s/ Arturo Matthews
One of Plaintiff's Attorneys
Arturo Matthews
Of Counsel, Hyslip & Taylor LLC LPA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Phone: (310) 556-9620